DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RALSTON DAVIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3236

[July 11, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. 05-19630 CF10A.

Matthew R. McLain, McLain Law, P.A., Longwood, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***